An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, NATIONAL ASSOCIATION, F/K/A BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,

Appellant,

vs.

ATTAVILLA DR. TRUST,

Respondent.

No. 65153

FILED

JUN 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY  DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Akerman LLP/Las Vegas
Wright, Finlay & Zak, LLP/Las Vegas
Kerry P. Faughnan
Greene Infuso, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

15-18356